FILED
CHARLOTTE, NC
MAY 17 2022
US DISTRICT COURT
WESTERN DISTRICT OF NC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISON

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANDREA LENA HICKS, et. al. | DOCKET NO. 3:22-CR-120-FDW<br><br>**UNDER SEAL**<br><br>**ORDER TO SEAL THE INDICTMENT** |

UPON MOTION of the United States of America, by and through Dena J. King, United States Attorney for the Western District of North Carolina, for an Order directing that the Indictment, Motion to Seal and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this Court.

IT IS HEREBY ORDERED that the Indictment, Motion to Seal and this Order, be sealed until further Order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

SO ORDERED this 17 day of May, 2022.

                                       THE HONORABLE DAVID S. CAYER
                                       UNITED STATES MAGISTRATE JUDGE
                                       WESTERN DISTRICT OF NORTH CAROLINA